UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT JOHN FREEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SCVNGR INC,<br><br>    Defendant. | Case No. 13-cv-04294-WHO<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The Initial Case Management Conference scheduled for January 7, 2014 is VACATED. The Initial Case Management Conference will be held on January 22, 2014 at 2:00 p.m. in Courtroom 2, on the 17th Floor of the above-referenced Court. The parties shall file their Joint Case Management Statement by January 15, 2014. The Motion to Continue the CMC (Dkt. No. 20) and the Motion to Shorten Time filed by Defendant SCVNGR, Inc. d/b/a LevelUp (Dkt. No. 21) are DENIED as MOOT.

**IT IS SO ORDERED**.

Dated: December 24, 2013



WILLIAM H. ORRICK
United States District Judge