UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALBERT JOHN FREEMAN, | Case No. 13-cv-04294-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| SCVNGR INC, | Re: Dkt. No. 25 |
| Defendant. | |

Pursuant to notice of voluntary dismissal (Dkt. No. 25), **IT IS HEREBY ORDERED** that this case is dismissed without prejudice. The Clerk shall close the case.

Dated: January 17, 2014

_____
WILLIAM H. ORRICK
United States District Judge